Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Kwame John Bell

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KWAME JOHN BELL,

        PLAINTIFF,

        No. 2:23-cv-02895-DMC

-v-

MARTIN O'MALLEY,
Commissioner of Social Security,

        Defendant.
-----------------------------------------------------------

**ORDER**

Before the Court is the Motion of Plaintiff, Kwame John Bell, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until May 15, 2024, to file his Opening Brief.  Accordingly, Defendant's deadline to file his responsive brief is extended to June 14, 2024.  Plaintiff's deadline to file a reply brief, if any, is extended to June 28, 2024.

/ / /

/ / /

1

Let the clerk file this Order electronically and notify all counsel of record accordingly.

Dated: April 9, 2024

DENNIS M. COTA

UNITED STATES MAGISTRATE JUDGE