PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (206) 615-2662
  E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAME JOHN BELL,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 2:23-cv-02895-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 13, 2024, up to and including July 15, 2024.  This is the Defendant's first request for an extension.

  Defendant requests this extension in good faith and with good reason.  Defendant's undersigned counsel currently has three other district court briefs due the same week as this case. In addition to briefing cases, the undersigned counsel for the Commissioner has been tasked with additional duties specific to answering new complaints, with 17 such assignments he has completed for the prior two weeks, which have resulted in five voluntary remands.  He therefore

seeks an extension to allow more time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 10, 2024       /s/  Stuart Barasch*
                           (*as authorized via e-mail on June 10, 2024)
                           STUART BARASCH
                           Attorney for Plaintiff

Dated: June 10, 2024       PHILLIP A. TALBERT
                           United States Attorney
                           MATHEW W. PILE
                           Associate General Counsel
                           Social Security Administration

                    By:    /s/  Edmund Darcher
                           EDMUND DARCHER
                           Special Assistant U.S. Attorney

                           Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 15, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 14, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE