1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  EDMUND DARCHER, WSBA 42906
   Special Assistant United States Attorney
5       Office of the General Counsel
6       Social Security Administration
        6401 Security Blvd.
7       Baltimore, MD 21235
        Telephone: (206) 615-2662
8       Email: edmund.darcher@ssa.gov
9  Attorneys for Defendant

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14

15  KWAME JOHN BELL,                    )   CIVIL NO. 2:23-cv-02895-DMC
                                        )
16       Plaintiff,                     )
                                        )   **STIPULATION TO VOLUNTARY**
17       v.                             )   **REMAND PURSUANT TO SENTENCE**
                                        )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
18  COMMISSIONER OF SOCIAL SECURITY,    )   **ENTRY OF JUDGMENT; ORDER**
                                        )
         Defendant.                     )
19                                      )
                                        )
20                                      )
    _____ )
21

22       IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant

23  Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

24  that the above-entitled action shall be remanded to the Commissioner of Social Security for

25  further administrative proceedings.  This stipulation constitutes a remand under the fourth

26  sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

27

28

                          STIPULATION TO REMAND

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a supplemental hearing, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  July 3, 2024

/s/  Stuart T. Barasch
STUART T. BARASCH
Attorney for Plaintiff
*Authorized via e-mail on July 3, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  July 11, 2024



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND